UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE +
+ Case No. 17-30744
DAVID LEON BROWN +
       Debtor +

## NOTICE OF APPEARANCE

      Comes now Larry Darby and gives notice to this Honorable Court that he represents Eastdale Apartments, a creditor, in this cause and requests notice.

      Respectfully submitted,

                                             /s/   Larry Darby
                                             Larry E. Darby
                                             Attorney for Creditor

Darby Law Firm, LLC
Post Office Box 3905
Montgomery, Alabama 36109
Tel 356-3593; Fax 356-6392

## CERTIFICATE OF SERVICE

  I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

Michael Brock, Esq.           Sabrina L. McKinney, Trustee
P O Drawer 311167             P.O. Box 173
Enterprise, AL 36331          Montgomery, AL 36101

                                             /s/   Larry Darby
                                             Larry E. Darby