# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **DAVID BROWN,** | * | CASE NO. 17-30744 |
| | * | |
| **Debtor.** | * | CHAPTER 13 |

## NOTICE OF WITHDRAWAL FOR NOTICE OF APPEARANCE

COMES NOW the Debtor, by and through the undersigned, and hereby withdraws the previously filed Document No. 26, as it was filed in error.

RESPECTFULLY SUBMITTED this 26th day of January, 2021.

                                                      BROCK & STOUT

                                                      /s/ Christopher L. Stanfield
                                                      Christopher L. Stanfield {STA101}
                                                      Attorney for Debtor
                                                      Post Office Drawer 311167
                                                      Enterprise, Alabama 36331-1167
                                                      (334) 393-4357
                                                      (334) 393-0026 FAX
                                                      bankruptcy@brockandstoutlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the following, by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 26th day of January 2021.

| | |
|---|---|
| Teresa R. Jacobs | Sabrina L. McKinney |
| Bankruptcy Administrator | Chapter 13 Trustee |
| ba@almb.uscourts.gov | trustees_office@ch13mdal.org |

                                                      /s/ Michael Brock
                                                      Michael Brock
                                                      Attorney for Debtor