UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:  
DAVID LEON BROWN  
3564 CLOVERDALE RD  
MONTGOMERY, AL 36111

Case No.1730744  
Chapter 13

Debtor

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

>WHEELSONSITE  
>ATTN PAYROLL  
>22800 EXECUTIVE DR BLDG 170  
>STERLING, VA 20166

The above employer is authorized to pay all future wages to the debtor.

Done this Thursday, April 14, 2022.

*/s/ Christopher L. Hawkins*

Christopher L. Hawkins  
United States Bankruptcy Judge

cc: David Leon Brown